IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. 01-30089-HO |
| | ) | Cv. No. 05-3029-HO |
| v. | ) | ORDER |
| HILDA AGUILAR, | ) | |
| Defendant. | ) | |

Defendant pleaded guilty to distribution of a methamphetamine. On July 3, 2002. The court sentenced defendant to 120 months incarceration. Defendant sought to vacate or correct her sentence pursuant to 28 U.S.C. § 2255. The court denied the petition on March 9, 2005. Defendant has now filed a "memorandum of law in support of successive 28 U.S.C. § 2255." However, Defendant must obtain authorization from the Ninth Circuit to file a second

petition pursuant to 28 U.S.C. § 2244. This court lacks jurisdiction over the petition. See United States v. Allen, 157 F.3d 661, 664 (9th Cir. 1998). Accordingly, defendant's petition is denied.

## CONCLUSION

For the reasons stated above, defendant's "memorandum of law in support of successive 28 U.S.C. § 2255" (#144) to the extent it is a motion to vacate or correct sentence pursuant to 28 U.S.C. § 2255 is denied and this proceeding is dismissed.

DATED this 6th day of June, 2005.

Michael R. Hogan
United States District Judge